1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Defendant Mr. Miramontes-Carrillo

7

8                           UNITED STATES DISTRICT COURT

9                         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | Case No. 08mj8603 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| ALDO MIRAMONTES-CARRILLO, | ) | |
| Defendant. | ) | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19 above-captioned case .

20                                             Respectfully submitted,

21

22 Dated: July 10, 2008                         *s/ ANDREW LAH*
                                                Federal Defenders of San Diego, Inc.
23                                              Attorneys for Defendant
                                                andrew_lah@fd.org

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Mr. Miramontes-Carrillo

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj8603 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **ALDO MIRAMONTES-CARRILLO,** | ) | |
| Defendant. | ) | |

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20          **Assistant United States Attorney**
            efile.dkt.gc1@usdoj.gov
21

22 Dated: July 10, 2008                              *s/ ANDREW LAH*
                                                    **ANDREW LAH**
23                                                  Federal Defenders of San Diego, Inc.,
                                                    andrew_lah@fd.org
24

25

26

27

28