```
FILED
08 JUL 16 PM 3:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___EU___ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2352 LAB |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 952, 960 |
| JORGE MONTES-LEYVA (1), ) | and 963 - Conspiracy to Import |
| JUAN PEDRO SIDA-ARELLANO (2), ) | Marijuana |
| ALDO MIRAMONTES-CARRILLO (3), ) | |
| JOVANN ALFREDO ALONSO-PEREZ (4),) | |
| ) | |
| Defendants. ) | |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing up to and including July 4, 2008, within the Southern District of California, and elsewhere, defendants JORGE MONTES-LEYVA, JUAN PEDRO SIDA-ARELLANO, ALDO MIRAMONTES-CARRILLO, and JOVANN ALFREDO ALONSO-PEREZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import 100 kilograms and more of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

DATED: July 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
LAURA E. DUFFY
Assistant U.S. Attorney

DDL:em:Imperial
7/15/08