UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE MONTES-LEYVA (1),<br>JUAN PEDRO SIDA-ARELLANO (2),<br>ALDO MIRAMONTES-CARRILLO (3),<br>JOVANN ALFREDO ALONSO-PEREZ (4),<br><br>Defendants. | Case No. 08-CR-2352-LAB<br><br>**ORDER CONTINUING MOTION<br>HEARING AND TRIAL SETTING** |

IT IS HEREBY ORDERED that the motion hearing and trial setting in this matter be continued from September 8, 2008 to September 22, 2008, at 3:00 p.m. The defendants are in custody, and the Court finds that time is excludable until September 22, 2008.

IT IS SO ORDERED.

DATED: September 3, 2008

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge